An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY G. GRANT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES M. BIXLER, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 62875

**FILED**

MAR 2 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus challenging pretrial rulings and seeking the appointment of counsel. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter as petitioner has an adequate legal remedy by way of a direct appeal or a post-conviction petition for a writ of habeas corpus if he is convicted. See NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.020. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-09278

cc: Hon. James M. Bixler, District Judge
Thomas Pitaro, Esq.
Gregory G. Grant
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk